610

379 A.2d 593

Commonwealth v. Johnson, Appellant.

Submitted March 16, 1977. Frederic G. Antoun, Jr., and Robert N. Tarman, Assistant Public Defenders, for appellant; LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 593

Commonwealth v. Jones, Appellant.

Submitted March 21, 1977. Calvin S. Drayer, Jr., and Joseph R. D'Annunzio, Assistant Public Defenders, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 594

Commonwealth v. Jones, Appellant.